JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSHIRE ASSOCIATES, INCORPORATED, a California Corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>ASHLAND PARTNERS & CO., LLP, an Oregon Limited Liability Partnership,<br><br>    Defendant. | )  CASE NO. CV 08–03008 MMM (CWx)<br>)<br>)<br>)<br>)  JUDGMENT FOR PLAINTIFF<br>)<br>)<br>)<br>)<br>)<br>) |

On May 7, 2008, Wilshire Associates Incorporated filed a complaint for declaratory relief, alleging that Ashland Partners & Co., LLP was in breach of an ongoing contract. The action was tried to the court on April 6 through 9, 2010. In an order dated September 7, 2010, the court found that Ashland was in breach of an ongoing contract. Accordingly,

    IT IS ORDERED AND ADJUDGED

1. That plaintiff recover from defendant total damages, including prejudgment interest, of $1,435,273.97 for breach of contract. This sum shall bear post-judgment interest at the rate of .25 percent;

2. That the written contract ("Agreement") formed by Ashland and Wilshire on May 17, 2007 has not been terminated;

3. That Ashland is not entitled to terminate the Agreement under paragraphs 9.2 and 9.3 of the Agreement based on conditions that existed prior to the entry of judgment;

4. That Ashland's obligation to pay minimum fees under the Agreement is not conditioned on its actual use of iQComposite to perform verification services;

5. That Ashland is not excused from making payments under the Agreement on the ground that iQComposite does not extract data directly from third-party software products such as Advent AXYS;

6. That Ashland is not excused from making payments due to any breach of warranty, failure of consideration, or failure to perform by Wilshire prior to the date of judgment;

7. That Ashland's obligation to make payments under the Agreement is not excused or reduced based on Ashland's expenditure of time, money or effort prior to the date of judgment; and

8. That the action be, and it hereby is, dismissed.

DATED: September 7, 2010

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE